UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAY VINSON HAYNES,<br><br>                  Plaintiff,<br><br>   v.<br><br>BENTON COUNTY, and SCOTT SOUZA,<br><br>                Defendants. | NO:  4:20-CV-5205-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Request for Voluntary Dismissal (ECF No. 6). Plaintiff has not paid the filing fee nor has he been granted *in forma pauperis* status. Plaintiff explains that this action is not "ripe for adjudication" ECF No. 6, and that he only intended to report a crime, ECF No. 7. Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to Plaintiff, and **CLOSE** the file.

**DATED** November 17, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2